Exhibit 1

# United States of America
### United States Patent and Trademark Office

# AIMEE STEWART

**Reg. No. 7,944,908**
**Registered Sep. 16, 2025**
**Int. Cl.: 28**
**Trademark**
**Principal Register**

Stewart Creative, LLC  (WASHINGTON LIMITED LIABILITY COMPANY)
P.O. Box 91
Cashmere, WASHINGTON 98815-0091

CLASS 28: Jigsaw puzzles

FIRST USE 06-01-2008 ; IN COMMERCE 06-01-2008

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies Aimee Stewart, whose consent(s) to register is made of record.

SER. NO. 98-934,199, FILED 01-02-2025





Acting Director of the United States Patent and Trademark Office

