**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

STEWART CREATIVE, LLC,

    Plaintiff,                                                       Case No.: 1:26-cv-01203

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## **SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | dongguanshiyitefangzhipinyouxiangongsi |
| 2 | DaFengXinXingJianCai |
| 3 | 户外辉手电品 |
| 4 | YangZiXuan2025 |
| 5 | riiw |
| 6 | henanbaochangjianshegongcheng |
| 7 | yanshanxianyanlinghongtangshipin |
| 8 | Linyi Bangman Trading Co., Ltd |
| 9 | zhaoyy |
| 10 | minjjsin |
| 11 | 小原子精品 |
| 12 | WanShiShengJianZhuGongCheng |
| 13 | ZhuZhouJiongWaShangMaoYouXianGongSi |
| 14 | ZhuZhouGuXianShangMaoYouXianGongSi |
| 15 | zhujishishangxueqizhenzhi |
| 16 | Shu Mai Shang Mao |
| 17 | 粘贴萌宠贸易 |
| 18 | huangxianxiangtt |
| 19 | BangYiFangDiChanJingJi |
| 20 | linquanxianxuanlifengmizhipin |
| 21 | LianGuangWuZiXiaoShou |
| 22 | SuLianShangMao126 |
| 23 | HeFeiLeiXiangShangMaoYouXianGongSi |

| 24 | PaiWeiYeYa |
|----|------------|
| 25 | 芬勇百货 |
| 26 | 鬓桐发饰品 |
| 27 | hhusz |
| 28 | shanxiyadushuihuixiyu |
| 29 | ZhuZhouXieSuShangMaoYouXianGongSi |
| 30 | shanghaihaiwujiudianguanli |
| 31 | GuangShuiShiLiZhuiLangShangMaoYouXianGongSi |
| 32 | 贫铭商贸 |
| 33 | JJIWE |
| 34 | iChen2025 |
| 35 | zhoukouzichuangshangmaoyouxiangongsi |
| 36 | geqiashangmao |
| 37 | Holly Senter |
| 38 | Zhang Tao |
| 39 | pengmingyue |
| 40 | guangzhounaiqiquanshangmao |
| 41 | Huang Jinzhou |
| 42 | tanrangshangmao |
| 43 | coolin shop |
| 44 | ZhaoSheng toys store |